IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv62

| | |
|---|---|
| LUIZ ARRIAGA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| ALVIN W. KELLER, JR., ) | |
| Secretary, North Carolina Dept. ) | |
| of Correction, and SID ) | |
| HARKELROAD, Administrator, ) | |
| Marion Correctional Inst., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Petitioner Luiz Arraiga's Motion to Hold Federal Habeas Proceedings in Abeyance [Doc. 2].

The Petitioner moves to hold this case in abeyance pending the exhaustion of his state court remedies. The Petitioner states that he filed a motion for appropriate relief in the county of his conviction on March 24, 2011. [Id. at 1]. The Court will grant the Petitioner's motion and will direct the Clerk of Court to administratively close the case, thereby removing it from the Court's active docket.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Hold Federal Habeas Proceedings in Abeyance [Doc. 2] is **ALLOWED.**

**IT IS FURTHER ORDERED** that counsel for the Petitioner shall file a report with the Court providing the status of the collateral proceedings that remain pending in the state courts every 60 days beginning **JULY 1, 2011**.

The Clerk of Court is directed to administratively close this action and remove it from the Court's active docket. Upon receipt of a final ruling from the state courts, Petitioner's counsel may move to reopen this action.

**IT IS SO ORDERED.**

Signed: May 10, 2011

Martin Reidinger
United States District Judge