# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv62

| | |
|---|---|
| LUIZ ARRIAGA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ALVIN W. KELLER, JR., Secretary, ) | |
| North Carolina Department of ) | |
| Correction; SID HARKLEROAD, ) | |
| Administrator, Marion Correctional ) | |
| Institution; and ROY COOPER, ) | |
| Attorney General of North Carolina, ) | |
| ) | |
| Respondents. ) | |

**THIS MATTER** is before the Court *sua sponte*.

By Order entered May 10, 2011, counsel for the Petitioner was directed to provide the Court with a report providing the status of the collateral proceedings that remain pending in the state courts every 60 days beginning July 1, 2011. [Doc. 3]. A review of the record reveals that to date, no such status report has been filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that counsel for the Petitioner shall submit a status report on the progress of the state collateral

proceedings within seven (7) days of the entry of this Order. Failure to file the required status reports may result in the dismissal of this action.

**IT IS SO ORDERED.**

Signed: September 30, 2011

Martin Reidinger
United States District Judge