THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv62

| | |
|---|---|
| LUIZ ARRIAGA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ALVIN W. KELLER, JR., Secretary, ) | |
| North Carolina Department of ) | |
| Correction; SID HARKLEROAD, ) | |
| Administrator, Marion Correctional ) | |
| Institution; and ROY COOPER, ) | |
| Attorney General of North Carolina, ) | |
| ) | |
| Respondents. ) | |

**THIS MATTER** is before the Court on the Petitioner's Status Report of Collateral Proceedings [Doc. 6].

This matter has been held in abeyance pending the Petitioner's exhaustion of state remedies. Counsel for the Petitioner reports that the North Carolina courts have ruled in the Petitioner's favor, thereby rendering the present action moot. The Petitioner requests that this case be closed. [Doc. 6]. In light of the Petitioner's Status Report, the Court will dismiss this action.

Accordingly, **IT IS, THEREFORE, ORDERED** the Petitioner's Petition for Writ of Habeas Corpus is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the show cause hearing scheduled for March 14, 2012 is hereby **CANCELED.**

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Signed: February 17, 2012

Martin Reidinger
United States District Judge